Case 1:09-cv-01133-OWW-JLT   Document 3   Filed 06/26/09   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE H. HANNAH,<br><br>  Petitioner,<br><br>vs.<br><br>BEN CURRY, Warden,<br><br>  Respondent. | No. C 09-00525 JW (PR)<br><br>ORDER OF TRANSFER<br><br><br><br><br>(Docket No. 2) |

Petitioner, a California prisoner currently incarcerated at the Correctional Training Facility in Soledad, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d).  However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  The petition indicates that petitioner was convicted in Merced County which lies within the venue of the Eastern District of California.  See 28 U.S.C. 84(b).

Accordingly, the above-titled action is hereby TRANSFERRED to the United

Order of Transfer
P:\PRO-SE\SJ.JW\HC.09\Hannah00525_transfer.wpd

1  States District Court for the Eastern District of California.  See 28 U.S.C. §§
2  1404(a), 2241(d); Habeas L.R. 2254-3.  In light of this transfer, the Court will defer
3  to the Eastern District with respect to petitioner's motion for leave to proceed in
4  forma pauperis, (Docket No. 2).

5      The clerk shall transfer this matter and terminate any pending motions.

7  DATED:  June 25, 2009

JAMES WARE
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JW\HC.09\Hannah00525_transfer.wpd       2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVE H. HANNAH,

        Petitioner,

  v.

BEN CURRY, Warden,

        Respondent.

Case Number: CV09-00525 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dave H. Hannah K-12717
Correctional Training Facility
P. O. Box 689
Soledad, Ca 93960

Dated: June 26, 2009

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk